IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02198-WJM-BNB

LLOYD S. RIDDLE, III,

Plaintiff,

v.

JULIUS SGHIATTI, and
CUFFSOX, LLC, a Pennsylvania limited liability company,

Defendants.
_____

**ORDER**
_____

After reviewing the confidential settlement statements submitted by the parties, I have determined that a settlement conference at this time would be a waste of the parties' resources.

IT IS ORDERED that the settlement conference set for February 23, 2011, at 1:30 p.m., is VACATED, to be reset at the request of the parties.

Dated February 18, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge