IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02198-WJM-BNB

LLOYD S. RIDDLE, III,

Plaintiff,

v.

JULIUS SGHIATTI, and
CUFFSOX, LLC, a Pennsylvania limited liability company,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

 This matter is before the Court on the **Plaintiff's Motion for Leave to Appear at May 12, 2011 Status Conference Via Telephone** [docket no. 41, filed May 6, 2011] (the "Motion").

 IT IS ORDERED that the Motion is GRANTED and plaintiff's counsel may appear for the **May 12, 2011, at 9:00 a.m.**, Status Conference via telephone by calling Chambers at the appropriate time at 303/844-6408.


DATED:  May 6, 2011