IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02198-WJM-BNB

LLOYD S. RIDDLE, III,

Plaintiff,

v.

JULIUS SGHIATTI, and
CUFFSOX, LLC, a Pennsylvania limited liability company,

Defendants.
_____

**ORDER**
_____

Counsel appeared for a status conference this morning. Consistent with matters discussed at the settlement conference:

IT ORDERED:

1. A settlement conference will be held on **May 27, 2011, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a confidential settlement statement to the magistrate judge on or before **May 23, 2011**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement;

2. The case schedule is modified to the following extent:

Discovery Cut-Off: **August 25, 2011**

(All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

Expert Disclosures:

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 24, 2011**

(b) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 25, 2011**.

Dated May 12, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge