IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02198-WJM-BNB

LLOYD S. RIDDLE, III,

Plaintiff,

v.

JULIUS SGHIATTI, and
CUFFSOX, LLC, a Pennsylvania limited liability company,

Defendants.

_____

**ORDER**
_____

This matter arises on the **Motion to Withdraw from Representation of Plaintiff, Lloyd S. Riddle, III** [Doc. # 33, filed 5/2/2011] (the "Motion to Withdraw"). Substitute counsel has entered its appearance, and the motion is not opposed.

IT IS ORDERED that the Motion to Withdraw [Doc. # 33] is GRANTED, and Erik G. Fischer and the law firm of Erik G. Fischer, P.C., are relieved of any further responsibility in the case.

Dated May 12, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge