IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02198-WJM-BNB

LLOYD S. RIDDLE, III,

Plaintiff,

v.

JULIUS SGHIATTI, and
CUFFSOX, LLC, a Pennsylvania limited liability company,

Defendants.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion to Vacate Status Conference of June 3, 2011** [docket no. 59, filed June 2, 2011] and **Unopposed Motion for Plaintiff's Counsel to Appear by Telephone at the Status Conference Set for June 3, 2011** [docket no. 60, filed June 2, 2011] (the "Motions").

      IT IS ORDERED that the Motions are DENIED.  The hearing set for June 3, 2011, at 3:00 p.m. will go forward as scheduling and counsel are to appear in person.

DATED:  June 3, 2011