IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02198-WJM-BNB

LLOYD S. RIDDLE, III,

Plaintiff,

v.

JULIUS SGHIATTI, and
CUFFSOX, LLC, a Pennsylvania limited liability company,

Defendants.

_____

**ORDER**
_____

This matter arises on the following:

(1)  **Defendant Julius Sghiatti's Motion to Compel Pursuant to Fed. R. Civ. P. 37** [Doc. # 30, filed 4/28/2011] (the "Motion to Compel"); and

(2)  **Defendants' Julius Sghiatti and Cuffsox, LLC Motion for Early Scheduling of Claim Construction Hearing** [Doc. # 37, filed 5/4/2011] (the "Motion for Markman Hearing").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED:

(1)  The Motion to Compel [Doc. # 30] is DENIED as moot, all discovery having been made;

(2)  The defendants may file, if at all and on or before **June 10, 2011**, a motion for attorney fees and costs incurred in connection with the Motion to Compel;

(3) The Motion for Markman Hearing [Doc. # 37] is GRANTED. A Markman Hearing is set for one-half day on **September 8, 2011, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall exchange and file, on or before **September 1, 2011**, their briefs on claim construction; witness and exhibit lists; and copies of all exhibits. The originals and one copy of all exhibits shall be filed with the court. The plaintiff shall designate his exhibits by numbers; the defendants shall designate their exhibits by letter (A-1 through Z-1, A-2 through Z-2, etc.). Each page of every exhibit must be Bates numbered, and the beginning and ending Bates numbers of each exhibit shall be reported on the exhibit list. All exhibits shall be submitted in three ring binders, with tabbed dividers separating each exhibit; and

(4) A settlement conference will be held on **June 23, 2011, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.)

Dated June 6, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge