**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-02198-CMA-BNB

LLOYD S. RIDDLE, III,,

    Plaintiff,

v.

JULIUS SGHIATTI, and
CUFFSOX, LLC, a Pennsylvania limited liability company,

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

---

This matter comes before the Court on the parties' Stipulated Motion to Dismiss filed September 8, 2011 (ECF No. 91). The Court being fully advised hereby ORDERS as follows:

The Stipulated Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITHOUT PREJUDICE. Each party shall pay his or its own attorney's fees and costs pursuant to the terms of the Settlement Agreement of the parties.

Dated this 9th day of September, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge

1